**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2325

─────────────────────────────────────────────────────────

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Defendant without Prejudice)

Pending in MDL 2325, 2:12-md-2325 [ECF No.7278] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and American Medical Systems, Inc. ("AMS").  The Motion seeks an order granting dismissal of the AMS defendant without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the AMS defendant is **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the AMS defendant from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2325 and in each individual case on the attached

Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 25, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – MCSWEENEY LANGEVIN

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-10986 | Leann Carter v. American Medical Systems, Inc. |
| 2:14-CV-18934 | Sara Fox, Gerald Fox v. American Medical Systems, Inc. |
| 2:14-CV-20095 | Reba Aman v. American Medical Systems, Inc. |
| 2:14-CV-22290 | Linda Murphy, Thomas Murphy v. American Medical Systems, Inc. |
| 2:14-CV-23612 | Bobbie Miles v. American Medical Systems, Inc. |
| 2:14-CV-23614 | Teresa Johnson v. American Medical Systems, Inc. |
| 2:14-CV-23870 | Tania Maestas, Toby Maestas v. American Medical Systems, Inc. |
| 2:14-CV-27693 | Joanne Armstrong v. American Medical Systems, Inc. |
| 2:14-CV-27884 | Jennifer Rogerson, Burrell Segars Rogerson, Jr. v. American Medical Systems, Inc. |
| 2:14-CV-28016 | Tasha Lovejoy, Neilson Lovejoy v. American Medical Systems, Inc. |
| 2:14-CV-28028 | Joy Fryman, Timothy Fryman v. American Medical Systems, Inc. |
| 2:14-CV-28043 | Goldie Servin v. American Medical Systems, Inc. |
| 2:14-CV-28435 | Lavelle Williams, Edgar Williams v. American Medical Systems, Inc. |
| 2:14-CV-28437 | Jacqueline Dolby v. American Medical Systems, Inc. |
| 2:14-CV-28442 | Barbara Douglas, Robert Douglas v. American Medical Systems, Inc. |
| 2:14-CV-28445 | Donna Jewell v. American Medical Systems, Inc. |
| 2:14-CV-28447 | Cynthia Johnson v. American Medical Systems, Inc. |
| 2:14-CV-28664 | Denise Gates, Terry Gates v. American Medical Systems, Inc. |
| 2:14-CV-28665 | Elizabeth Geeter v. American Medical Systems, Inc. |
| 2:14-CV-28667 | Judy Buzzell, Garry Buzzell v. American Medical Systems, Inc. |
| 2:14-CV-28673 | Christina Lowery v. American Medical Systems, Inc. |
| 2:14-CV-28678 | Patricia Trent v. American Medical Systems, Inc. |
| 2:14-CV-28681 | Brenda Carr, Bill Carr v. American Medical Systems, Inc. |
| 2:14-CV-28683 | Martha Mills, David Burckner v. American Medical Systems, Inc. |
| 2:14-CV-28685 | Cynthia Mims v. American Medical Systems, Inc. |
| 2:14-CV-28755 | Jimmie Ann Flake v. American Medical Systems, Inc. |
| 2:14-CV-28761 | Shirley Valentine v. American Medical Systems, Inc. |
| 2:14-CV-28764 | Sheri Van Hoogen, Jon Van Hoogen v. American Medical Systems, Inc. |
| 2:14-CV-28766 | Sequoya Prince v. American Medical Systems, Inc. |
| 2:14-CV-28767 | Virginia Groves v. American Medical Systems, Inc. |
| 2:14-CV-28770 | Bonni Bousman v. American Medical Systems, Inc. |
| 2:14-CV-28774 | Patricia Piehl Brown, Conrad Brown v. American Medical Systems, Inc. |
| 2:14-CV-28775 | Anna Carlo, Anthony Carlo v. American Medical Systems, Inc. |
| 2:14-CV-28927 | Anne Crockett, Joseph Crockett v. American Medical Systems, Inc. |
| 2:14-CV-29023 | Loretta Valdez, John Valdez v. American Medical Systems, Inc. |
| 2:14-CV-29028 | Dianna Rubenstahl v. American Medical Systems, Inc. |

| 2:14-CV-29031 | Catrena Holley, Scott Holley v. American Medical Systems, Inc. |
| 2:14-CV-29035 | Cheryl Robbins, Chris Robbins v. American Medical Systems, Inc. |
| 2:14-CV-29097 | Connie Hudson v. American Medical Systems, Inc. |
| 2:14-CV-29104 | Deborah Campbell, Paul Campbell v. American Medical Systems, Inc. |
| 2:14-CV-29111 | Samantha Walker, Isiac Walker v. American Medical Systems, Inc. |
| 2:14-CV-29226 | Beverly Hill v. American Medical Systems, Inc. |
| 2:14-CV-29229 | Charmaine Puttman, Richard Puttman v. American Medical Systems, Inc. |
| 2:14-CV-29433 | Betty Bennett v. American Medical Systems, Inc. |
| 2:14-CV-29434 | Elizabeth Poole, Charles Poole v. American Medical Systems, Inc. |
| 2:14-CV-29439 | Patricia Kinsey, Travis Kinsey v. American Medical Systems, Inc. |
| 2:14-CV-29443 | Monica Wright, Dennis Wright v. American Medical Systems, Inc. |
| 2:14-CV-29560 | Gisele Michelsen, Michael Michelsen v. American Medical Systems, Inc. |
| 2:14-CV-29632 | Victoria Collins v. American Medical Systems, Inc. |
| 2:14-CV-30314 | Tina Ogle, James Ogle v. American Medical Systems, Inc. |
| 2:14-CV-30378 | Lori Deen v. American Medical Systems, Inc. |
| 2:14-CV-30384 | Kathy Hill, Daniel Hill v. American Medical Systems, Inc. |
| 2:14-CV-30556 | Petrita Reyes v. American Medical Systems, Inc. |
| 2:14-CV-30558 | Lakisha Backstrom v. American Medical Systems, Inc. |
| 2:14-CV-30562 | Adrienne Wilson v. American Medical Systems, Inc. |
| 2:14-CV-30568 | Leoma Short, Everett Short v. American Medical Systems, Inc. |
| 2:14-CV-30572 | Bambi Hayward, Danny Ray Hayward v. American Medical Systems, Inc. |
| 2:14-CV-30578 | Marjorie Elkins v. American Medical Systems, Inc. |
| 2:14-CV-30770 | Connie Jacks, Larry Jacks v. American Medical Systems, Inc. |
| 2:14-CV-30771 | Mattie Justice v. American Medical Systems, Inc. |
| 2:14-CV-30773 | Trudy Brannon v. American Medical Systems, Inc. |
| 2:14-CV-30776 | Teresa Williams v. American Medical Systems, Inc. |
| 2:14-CV-30802 | Tammy Smith v. American Medical Systems, Inc. |
| 2:14-CV-31256 | Cynthia McQuillan, Charles McQuillan v. American Medical Systems, Inc. |
| 2:15-CV-00019 | Linda Crane-Zavala v. American Medical Systems, Inc. |
| 2:15-CV-00377 | Carolyn Hawkins-Smith, Arthur Smith v. American Medical Systems, Inc. |
| 2:15-CV-00379 | Donna Erchak, David Erchak v. American Medical Systems, Inc. |
| 2:15-CV-00519 | Denise Walker, Craig Walker v. American Medical Systems, Inc. |
| 2:15-CV-00520 | Delaine Powell, Brian Powell v. American Medical Systems, Inc. |
| 2:15-CV-00521 | Debronetta McCoy, James McCoy v. American Medical Systems, Inc. |
| 2:15-CV-00653 | Mary Rebecca Jacobs v. American Medical Systems, Inc. |
| 2:15-CV-00808 | Cindy LaCounte v. American Medical Systems, Inc. |
| 2:15-CV-00811 | Dawnetta Geer, Corey Taylor v. American Medical Systems, Inc. |
| 2:15-CV-00815 | Rhonda Espeland v. American Medical Systems, Inc. |
| 2:15-CV-01219 | Minerva De Leon, Nicholas Susco v. American Medical Systems, Inc. |
| 2:15-CV-01220 | Sharon Jenkins v. American Medical Systems, Inc. |

| 2:15-CV-01492 | Lissett Vidal, Wallace De Oliviera v. American Medical Systems, Inc. |
| 2:15-CV-01494 | Janet Breault, Richard Breault v. American Medical Systems, Inc. |
| 2:15-CV-01495 | Cindy Marks, Ernest Marks v. American Medical Systems, Inc. |
| 2:15-CV-01556 | Pamela Earley, Max Earley v. American Medical Systems, Inc. |
| 2:15-CV-01560 | Cynthia Cruz, Melvin Moscat v. American Medical Systems, Inc. |
| 2:15-CV-15882 | Corinne Burnworth, Ralph Burnworth, Sr. v. American Medical Systems, Inc. |
| 2:16-CV-02035 | Krystyna Orlean, Jerzy Orlean v. American Medical Systems, Inc. |
| 2:16-CV-02528 | Jane Bakerman v. American Medical Systems, Inc. |
| 2:16-CV-02529 | Debra Parkhurst v. American Medical Systems, Inc. |
| 2:16-CV-02534 | Tracey Compton, Tommie Magee v. American Medical Systems, Inc. |
| 2:16-CV-02537 | Denise Rancourt, Joseph J. Rancourt v. American Medical Systems, Inc. |
| 2:16-CV-02538 | Kathleen McKeon v. American Medical Systems, Inc. |
| 2:16-CV-02542 | Rachel Hill, Johnathan Hill v. American Medical Systems, Inc. |
| 2:16-CV-02543 | Cynthia Ford, Troy Ford v. American Medical Systems, Inc. |
| 2:16-CV-02720 | Betty Altman, Wyley Altman v. American Medical Systems, Inc. |
| 2:16-CV-02722 | Danette Charnetzky, Daniel Charnetzky v. American Medical Systems, Inc. |
| 2:16-CV-02723 | Belinda Bush v. American Medical Systems, Inc. |
| 2:16-CV-02725 | Tina Cyr, Donn Cyr v. American Medical Systems, Inc. |
| 2:16-CV-02727 | Anna Spears, Andrew Spears v. American Medical Systems, Inc. |
| 2:16-CV-02729 | Lisa Marie Sobolik, Gary Sobolik v. American Medical Systems, Inc. |
| 2:16-CV-02731 | Cherie Coale v. American Medical Systems, Inc. |
| 2:16-CV-02732 | Christina Felis, Walter Felis v. American Medical Systems, Inc. |
| 2:16-CV-02733 | Ann Steffes, Robert Steffes v. American Medical Systems, Inc. |
| 2:16-CV-02734 | Dianne Birchmeier v. American Medical Systems, Inc. |
| 2:16-CV-02752 | Melissa Rines, Wesley Rines v. American Medical Systems, Inc. |
| 2:16-CV-02873 | Cynthia Williams, Machan Williams v. American Medical Systems, Inc. |
| 2:16-CV-02897 | Esther Gomez, Anthony Gomez v. American Medical Systems, Inc. |
| 2:16-CV-03005 | Cora Huggard v. American Medical Systems, Inc. |
| 2:16-CV-04009 | Patsy Recla, Ken Recla v. American Medical Systems, Inc. |
| 2:16-CV-04011 | Gail Gioioso, Domenick Gioioso v. American Medical Systems, Inc. |
| 2:16-CV-04453 | Traci Beyer, Michael William Beyer v. American Medical Systems, Inc. |
| 2:16-CV-04464 | Jeneen Blackburn, Garry Blackburn v. American Medical Systems, Inc. |
| 2:16-CV-04506 | Linda Koch-Kious v. American Medical Systems, Inc. |
| 2:16-CV-04513 | Keri Doran v. American Medical Systems, Inc. |
| 2:16-CV-06429 | Jodie Barbosa, Guillermo Barbosa v. American Medical Systems, Inc. |
| 2:16-CV-06810 | Janet Goodwine, Melvin Goodwine v. American Medical Systems, Inc. |
| 2:16-CV-07570 | Carmen Melendez v. American Medical Systems, Inc. |
| 2:16-CV-10217 | Stephanie Polomis, James Polomis v. American Medical Systems, Inc. |